Diana GIOVAGNOLI, Petitioner,

v.

STATE CIVIL SERVICE COMMIS-
SION (Monroe County Children and
Youth Services), Respondents.

Supreme Court of Pennsylvania.

March 3, 2004.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of March, 2004, the Petitions for Allowance of Appeal are hereby granted, limited to the following issue:

Whether Petitioner's petition for review, lodged in the Commonwealth Court from the State Civil Service Commission's order denying the award of attorney fees, should be converted into a petition for leave to appeal?